UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DLJ Mortgage Captial, Inc. and **Plaintiff** Credit Suisse First Boston Mortgage Capital, LLC  -v-  ACT Lending Corp., American Capital Trust and Nelson Haws  **Defendant** | Case No. 07-CU-10318  **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Credit Suisse Holdings (USA), Inc.

Credit Suisse (USA), Inc.

Credit Suisse Financial Corporation

Column Financial, Inc.

DLJ Real Estate Capital Partners, Inc.

Credit Suisse Premium Finance LLC

Date: November 12, 2007

Signature of Attorney

Robert A. Pinel
Attorney Bar Code: RAP9070

Form Rule7_1.pdf