# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 10318

Date Filed: _____

Plaintiff:
**DLJ MORTGAGE CAPITAL, INC. AND CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC**
vs.
Defendant:
**ACT LENDING CORPORATION, AMERICAN CAPITAL TRUST, AND NELSON HAWS**

For: Robert Pinel, Esquire
    Flamm, Boroff & Bacine, P.C.

Received by GIETZEN & ASSOCIATES on the 27th day of November, 2007 at 8:31 am to be served on **American Capital Trust, 8830 State Road 84, Davie, FL 33324.** I, _Chris_ _Yeoman_, being duly sworn, depose and say that on the _3_ day of _Dec_, 2007 at _9:20_ a.m., executed service by delivering a true copy of the **SUBPOENA IN A CIVIL CASE AND COMPLAINT FOR DAMAGES** in accordance with state statutes in the manner marked below:

[X] **CORPORATE SERVICE:** By serving _Nelson Haws_ as _President / Director_

( ) **OTHER SERVICE:** As described in the Comments below by serving _____ as _____

( ) **NON SERVICE:** For the reason detailed in the Comments below.

**COMMENTS:** _Served at 10338 Laurel Rd Davie, FL, 1st address is Optical World_

I certify that I have no interest in the above action, that I am atleast 18 years of age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _5_ day of _Dec. 2007_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

George Hanzimanolis
My Commission DD291395
Expires March 06, 2008

PROCESS SERVER # _262_
Appointed in accordance
with State Statutes

**GIETZEN & ASSOCIATES**
1302 North Marion Street
Tampa, FL 33602
(813) 223-3233

Our Job Serial Number: 2007004647