# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 10318          Date Filed: _____

Plaintiff:
**DLJ MORTGAGE CAPITAL,INC. AND CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL,LLC**
vs.
Defendant:
**ACT LENDING CORPORATION,AMERICAN CAPITAL TRUST,AND NELSON HAWS**

For: Robert Pinel, Esquire
    Flamm,Boroff & Bacine,P.C.

Received by GIETZEN & ASSOCIATES on the 27th day of November, 2007 at 8:42 am to be served on ACT Lending Corporation, 481 Sawgrass Corporate Parkway, Sunrise, FL 33325. I, _Chris Yeomar_, being duly sworn, depose and say that on the _3_ day of _Dec_, 20_03_ at _9:20_ A.m., executed service by delivering a true copy of the **SUBPOENA IN A CIVIL ACTION AND COMPLAINT FOR DAMAGES** in accordance with state statutes in the manner marked below:

[X] CORPORATE SERVICE: By serving _Nelson Haws_ as _President / Director_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _Served @ 10338 Laurel Rd Davie, FL_

I certify that I have no interest in the above action, that I am atleast 18 years of age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _3_ day of _Dec 2007_ by the affiant who is personally known to me.

NOTARY PUBLIC

George Hanzimanolis
Commission DD291395
Expires March 06, 2008

PROCESS SERVER # _262_
Appointed in accordance
with State Statutes

**GIETZEN & ASSOCIATES**
**1302 North Marion Street**
**Tampa, FL 33602**
**(813) 223-3233**

Our Job Serial Number: 2007004648

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g