# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 10318                                          Date Filed: _____

Plaintiff:
**DLJ MORTGAGE CAPITAL,INC. AND CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL,LLC**
vs.
Defendant:
**ACT LENDING CORPORATION,AMERICAN CAPITAL TRUST,AND NELSON HAWS**

For: Robert Pinel, Esquire
    Flamm,Boroff & Bacine,P.C.

Received by GIETZEN & ASSOCIATES on the 26th day of November, 2007 at 4:38 pm to be served on **Nelson Haws, 10338 Laurel Road, Davie, FL 33328**. I, _CHRIS_ _YEOMAN_, being duly sworn, depose and say that on the _3_ day of _Dec_, 2007 at _9:20 A_.m., executed service by delivering a true copy of the **SUBPOENA IN A CIVIL CASE AND COMPLAINT FOR DAMAGES** in accordance with state statutes in the manner marked below:

[X] **INDIVIDUAL SERVICE:** Served the within-named person.

( ) **SUBSTITUTE SERVICE:** By serving _____ as _____.

( ) **POSTED SERVICE:** After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) **NON SERVICE:** For the reason detailed in the Comments below.

Military Status: ( ) Yes or (X) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

**COMMENTS:** _____

I certify that I have no interest in the above action, that I am atleast 18 years of age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _5_ day of _DEC. 2007_ by the affiant who is personally known to me.

NOTARY PUBLIC

George Hanzimanolis
My Commission DD291395
Expires March 06, 2008

PROCESS SERVER # _762_
Appointed in accordance
with State Statutes

**GIETZEN & ASSOCIATES**
**1302 North Marion Street**
**Tampa, FL 33602**
**(813) 223-3233**

Our Job Serial Number: 2007004646

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g