# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Date Filed: 12/28/2007

Index Number: 07-CV-10318(JFK)

Plaintiff:
**DLJ MORTGAGE CAPITAL, INC. AND CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC**

vs.

Defendant:
**ACT LENDING CORPORATION D/B/A AMERICAN CAPITAL MORTGAGE SERVICES, AMERICAN CAPITAL TRUST, AND NELSON HAWS**

For: Robert Pinel, Esquire
    Flamm, Boroff & Bacine, P.C.

Received by GIETZEN & ASSOCIATES on the 10th day of January, 2008 at 12:33 pm to be served on A C T Lending Corporation, 481 Sawgrass Corporate Parkway, Sunrise, FL 33325. I, _CNR'J_ _Yeaman_, being duly sworn, depose and say that on the _14_ day of _JAN_, 20_08_ at _8:20_ A.m., executed service by delivering a true copy of the ORDER TO SHOW CAUSE TO ISSUE DEFAULT JUDGMENT, CLERK'S CERTIFICATE, AFFIDAVIT FOR DEFAULT JUDGMENT, WITH EXHIBITS in accordance with state statutes in the manner marked below:

[X] CORPORATE SERVICE: By serving _Nelson Laws_ as _Officer_

( ) OTHER SERVICE: As described in the Comments below by serving _____ as

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _Served @ 10338 Laurel Rd Davie Fl_

I certify that I have no interest in the above action, that I am atleast 18 years of age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _14_ day of _Jan - 2008_ by the affiant who is personally known to me.

_NOTARY PUBLIC_

George Hanzimanolis
My Commission DD281285
Expires March 08, 2008

PROCESS SERVER # _762_
Appointed in accordance with State Statutes

GIETZEN & ASSOCIATES
1302 North Marion Street
Tampa, FL 33602
(813) 223-3233

Our Job Serial Number: 2008000120

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V6.0g