# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Date Filed: 12/28/2007

Index Number: 07-CV-10318(JFK)

Plaintiff:
DLJ MORTGAGE CAPITAL, INC. AND CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC

vs.

Defendant:
ACT LENDING CORPORATION D/B/A AMERICAN CAPITAL MORTGAGE SERVICES, AMERICAN CAPITAL TRUST, AND NELSON HAWS

For: Robert Pinel, Esquire
Flamm, Boroff & Bacine, P.C.

Received by GIETZEN & ASSOCIATES on the 10th day of January, 2008 at 12:05 pm to be served on Nelson Haws, 10338 Laurel Road, Davie, FL 33328. I, __CHRIS YEOMAN__, being duly sworn, depose and say that on the __14__ day of __JAN__, 200_8_ at _8:20A_.m., executed service by delivering a true copy of the ORDER TO SHOW CAUSE TO ISSUE DEFAULT JUDGMENT, CLERK'S CERTIFICATE, AFFIDAVIT FOR DEFAULT JUDGMENT, WITH EXHIBITS in accordance with state statutes in the manner marked below:

[X] INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

( ) POSTED SERVICE: After attempting service on __/__ at ____ and on __/__ at ____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or (X) No  If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single  Name of Spouse _____

COMMENTS: _____

I certify that I have no interest in the above action, that I am atleast 18 years of age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # 262
Appointed in accordance
with State Statutes

Subscribed and Sworn to before me on the _14_ day of _JAN_ 200_8_ by the affiant who is personally known to me.

NOTARY PUBLIC

George Hanzimanolis
My Commission DD297396
Expires March 08, 2008

GIETZEN & ASSOCIATES
1302 North Marion Street
Tampa, FL 33602
(813) 223-3233

Our Job Serial Number: 2008000119

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g