# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07-CV-10318(JFK)                        Date Filed: 12/28/2007

Plaintiff:
**DLJ MORTGAGE CAPITAL, INC. AND CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC**
vs.
Defendant:
**ACT LENDING CORPORATION D/B/A AMERICAN CAPITAL MORTGAGE SERVICES, AMERICAN CAPITAL TRUST, AND NELSON HAWS**

For: Robert Pinel, Esquire
      Flamm, Boroff & Bacine, P.C.

Received by GIETZEN & ASSOCIATES on the 10th day of January, 2008 at 12:05 pm to be served on **Nelson Haws, 10338 Laurel Road, Davie, FL 33328.** I, _CHRIS YEOMAN_, being duly sworn, depose and say that on the _14_ day of _JAN_, 200_8_ at _8:20A_.m., executed service by delivering a true copy of the **ORDER TO SHOW CAUSE TO ISSUE DEFAULT JUDGMENT, CLERK'S CERTIFICATE, AFFIDAVIT FOR DEFAULT JUDGMENT, WITH EXHIBITS** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or (✓) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

**COMMENTS:** _____

I certify that I have no interest in the above action, that I am atleast 18 years of age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _14_ day of _JAN 2008_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

George Hanzimanolis
My Commission DD291395
Expires March 06, 2008

PROCESS SERVER # _262_
Appointed in accordance
with State Statutes

**GIETZEN & ASSOCIATES**
1302 North Marion Street
Tampa, FL 33602
(813) 223-3233

Our Job Serial Number: 2008000119

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g