# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07-CV-10318(JFK)            Date Filed: 12/28/2007

Plaintiff:
DLJ MORTGAGE CAPITAL,INC. AND CREDIT SUISSE FIRST BOSTON
MORTGAGE CAPITAL,LLC
vs.
Defendant:
ACT LENDING CORPORATION D/B/A AMERICAN CAPITAL
MORTGAGE SERVICES,AMERICAN CAPITAL TRUST,AND NELSON
HAWS

For: Robert Pinel, Esquire
      Flamm,Boroff & Bacine,P.C.

Received by GIETZEN & ASSOCIATES on the 10th day of January, 2008 at 12:43 pm to be served on **American Capital Trust, 8830 State Road 84, Davie, FL 33324**. I, _CHRIS YEOMAN_, being duly sworn, depose and say that on the _14_ day of _JAN_, 20_08_ at _8:20 A_.m., executed service by delivering a true copy of the **ORDER TO SHOW CAUSE TO ISSUE DEFAULT JUDGMENT,CLERK'S CERTIFICATE,AFFIDAVIT FOR DEFAULT JUDGMENT,WITH EXHIBITS** in accordance with state statutes in the manner marked below:

[X] CORPORATE SERVICE: By serving _Nelson Haws_ as _Officer_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _Served @ 10338 Laurel RD Davie, FL_

I certify that I have no interest in the above action, that I am atleast 18 years of age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _14_ day of _JAN 2008_ by the affiant who is personally known to me.

NOTARY PUBLIC

George Hanzimanolis
My Commission DD291395
Expires March 06, 2008

PROCESS SERVER # _262_
Appointed in accordance
with State Statutes

GIETZEN & ASSOCIATES
1302 North Marion Street
Tampa, FL 33602
(813) 223-3233

Our Job Serial Number: 2008000121

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g