# UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07-CV-10318(JFK)

Date Filed: 12/28/2007

Plaintiff:
**DLJ MORTGAGE CAPITAL,INC. AND CREDIT SUISSE FIRST BOSTON**
**MORTGAGE CAPITAL,LLC**
vs.
Defendant:
**ACT LENDING CORPORATION D/B/A AMERICAN CAPITAL**
**MORTGAGE SERVICES,AMERICAN CAPITAL TRUST,AND NELSON**
**HAWS**

For: Robert Pinel, Esquire
    Flamm,Boroff & Bacine,P.C.

Received by GIETZEN & ASSOCIATES on the 10th day of January, 2008 at 12:33 pm to be served on **A C T**
**Lending Corporation, 481 Sawgrass Corporate Parkway, Sunrise, FL 33325.** I, ___CNR U___
___YEoMAN___, being duly sworn, depose and say that on the __14__ day of __JAN__, 20_08_ at _8_:_20A_.m.,
executed service by delivering a true copy of the **ORDER TO SHOW CAUSE TO ISSUE DEFAULT**
**JUDGMENT,CLERK'S CERTIFICATE,AFFIDAVIT FOR DEFAULT JUDGMENT,WITH EXHIBITS** in accordance
with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By serving _NELSoN LAWS_ as
_OFFicer_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as
_____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _Served @ 10338 LAURel Rd DAvie, Fl_

I certify that I have no interest in the above action, that I am atleast 18 years of age and have proper authority in the
jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _14_ day
of _JAN - 2008_ by the affiant who is
personally known to me.

NOTARY PUBLIC


George Hanzimanolis
My Commission DD281385
Expires March 06, 2008

PROCESS SERVER # _76L_
Appointed in accordance
with State Statutes

**GIETZEN & ASSOCIATES**
**1302 North Marion Street**
**Tampa, FL  33602**
**(813) 223-3233**

Our Job Serial Number: 2008000120

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g