AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Southern___ District of ___New York___

DLJ Mortgage Capital, Inc. and Credit Suisse
First Boston Mortgage Capital, LLC

V.

ACT Lending Corporation, American Capital
Trust, and Nelson Haws

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 07 CV 10318

### JUDGE KEENAN

TO: (Name and address of Defendant)

ACT Lending Corporation
481 Sawgrass Corporate Parkway
Sunrise, Florida 33325

*Pietzen & Associates*
ORIGINAL PROCESS

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Pinel, Esq.
Flamm, Boroff & Bacine
Westfield Corporate Center, Suite 310
4905 W. Tilghman Street
Allentown, PA 18104

*Date:* _____ *Time:* _____
*Served:* _____
*As:* _____

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

NOV 1 4 2007

CLERK

(By) DEPUTY CLERK                                                        DATE