# AFFIDAVIT OF SERVICE

**State of New York**  **County of Southern**  **District Court**

Index Number: 07 CV 10318
Date Filed: _____

Plaintiff:
**DLJ MORTGAGE CAPITAL, INC. AND CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC**
vs.
Defendant:
**ACT LENDING CORPORATION, AMERICAN CAPITAL TRUST, AND NELSON HAWS**

For: Robert Pinel, Esquire
Flamm, Boroff & Bacine, P.C.

Received by GIETZEN & ASSOCIATES on the 28th day of January, 2008 at 4:42 pm to be served on **ACT LENDING CORPORATION, 481 SAWGRASS CORPORATE PARKWAY, SUNRISE, FL 33325.** I, _Chris Yeoman_, being duly sworn, depose and say that on the _30_ day of _Jan_, 2008 at _11:35A_.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL CASE, AMENDED COMPLAINT FOR DAMAGES, WITH EXHIBITS** in accordance with state statutes in the manner marked below:

[X] **INDIVIDUAL SERVICE:** Served the within-named person. _Corporate Registered Agent Nelson Haws_

( ) **SUBSTITUTE SERVICE:** By serving _____ as _____.

( ) **POSTED SERVICE:** After attempting service on __/__ at ____ and on __/__ at ____ to a conspicuous place on the property described herein.

( ) **NON SERVICE:** For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

**COMMENTS:** _____

I certify that I have no interest in the above action, that I am atleast 18 years of age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _30_ day of _Jan 2008_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PROCESS SERVER # _762_
Appointed in accordance
with State Statutes

**GIETZEN & ASSOCIATES**
1302 North Marion Street
Tampa, FL 33602
(813) 223-3233

Our Job Serial Number: 2008000429



Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g