# AFFIDAVIT OF SERVICE

| State of New York | County of Southern | District Court |
|---|---|---|

Index Number: 07 CV 10318
Date Filed: _____

Plaintiff:
**DLJ MORTGAGE CAPITAL,INC. AND CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL,LLC**
vs.
Defendant:
**ACT LENDING CORPORATION,AMERICAN CAPITAL TRUST,AND NELSON HAWS**

For: Robert Pinel, Esquire
Flamm,Boroff & Bacine,P.C.

Received by GIETZEN & ASSOCIATES on the 28th day of January, 2008 at 4:42 pm to be served on **NELSON HAWS, 10338 LAUREL ROAD, DAVIE, FL 33328**. I, CHRIS YEOMAN, being duly sworn, depose and say that on the 30 day of JAN, 2008 at 11:35 a.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL CASE, AMENDED COMPLAINT FOR DAMAGES,WITH EXHIBITS** in accordance with state statutes in the manner marked below:

(X) **INDIVIDUAL SERVICE:** Served the within-named person.

( ) **SUBSTITUTE SERVICE:** By serving _____ as _____.

( ) **POSTED SERVICE:** After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) **NON SERVICE:** For the reason detailed in the Comments below.

Military Status: ( ) Yes or (X) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

**COMMENTS:** _____

I certify that I have no interest in the above action, that I am atleast 18 years of age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 30 day of JAN, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

GEORGE HANZIMANOLIS
MY COMMISSION # DD750315
EXPIRES March 06, 2012
(407) 398-0153  FloridaNotaryService.com

PROCESS SERVER # 762
Appointed in accordance
with State Statutes

**GIETZEN & ASSOCIATES**
1302 North Marion Street
Tampa, FL 33602
(813) 223-3233

Our Job Serial Number: 2008000428

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g