# AFFIDAVIT OF SERVICE

| State of New York | County of Southern | District Court |
|---|---|---|

Index Number: 07 CV 10318
Date Filed: _____

Plaintiff:
**DLJ MORTGAGE CAPITAL,INC. AND CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL,LLC**
vs.
Defendant:
**ACT LENDING CORPORATION,AMERICAN CAPITAL TRUST,AND NELSON HAWS**

For: Robert Pinel, Esquire
Flamm,Boroff & Bacine,P.C.

Received by GIETZEN & ASSOCIATES on the 28th day of January, 2008 at 4:42 pm to be served on **AMERICAN CAPITAL TRUST, 8830 STATE ROAD 84, DAVIE, FL 33324**. I, _CHRIS YEOMAN_, being duly sworn, depose and say that on the _30_ day of _JAN_, 20_08_ at _11:35A_.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL CASE, AMENDED COMPLAINT FOR DAMAGES,WITH EXHIBITS** in accordance with state statutes in the manner marked below:

(X) **CORPORATE SERVICE:** By serving _NELSON LAWS_ as _REGISTERED AGENT_.

( ) **OTHER SERVICE:** As described in the Comments below by serving _____ as _____.

( ) **NON SERVICE:** For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, that I am atleast 18 years of age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _30_ day of _JAN_, _2008_ by the affiant who is personally known to me.

NOTARY PUBLIC

GEORGE HANZIMANOLIS
MY COMMISSION # DD750315
EXPIRES March 06, 2012
(407) 398-0153 FloridaNotaryService.com

PROCESS SERVER # _262_
Appointed in accordance
with State Statutes

**GIETZEN & ASSOCIATES**
1302 North Marion Street
Tampa, FL 33602
(813) 223-3233

Our Job Serial Number: 2008000426

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g