# FLAMM, BOROFF & BACINE, PC

## ATTORNEYS AT LAW

WESTFIELD CORPORATE CENTER, SUITE 310
1905 WEST TILGHMAN STREET · ALLENTOWN, PA 18104
VOICE (610) 336-6800 · FACSIMILE (610) 336-0107 · www.flammlaw.com

DELAWARE VALLEY OFFICE
794 PENLLYN PIKE · BLUE BELL, PA 19422-1669
VOICE (267) 419-1500 · FACSIMILE (267) 419-1560

NEW JERSEY OFFICE
WILLOW RIDGE EXECUTIVE OFFICE PARK, SUITE 301
750 ROUTE 73 SOUTH · MARLTON, NJ 08053
VOICE (856) 810-2200 · FACSIMILE (856) 810-2266

ROBERT A. PINEL
COUNSEL
(610) 260-0002
rapinel@flammlaw.com



February 28, 2008

> Plaintiff may file exhibits to the Amended Complaint as paper documents.
> SO ORDERED.

The Honorable John F. Keenan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1930
Courtroom: 20C
New York, NY 10007

Dated:  New York, New York
        March 10, 2008.

                       /s/ John F. Keenan
                              U.S.D.J.

RE: **DLJ v. ACT Lending Corporation, et al.**
**Case No.: 07-CV-10318 (JFK)**

Dear Judge Keenan:

Upon sending the Amended Complaint with exhibits to Case Openings, I have been instructed to request permission from you to keep all our exhibits as paper documents since they are so voluminous and exceed the 2.5 MB file size limit. Thank you for your consideration of this request.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08
```

Respectfully submitted,

Robert A. Pinel

/sjd

258239 v1