# AFFIDAVIT OF SERVICE

**State of New York**          **County of Southern**          **District Court**

Index Number: 07-CV-10318(JFK)   Court Date: 3/25/2008  9:45 am
Date Filed: 12/28/2007

Plaintiff:
DLJ MORTGAGE CAPITAL, INC. AND CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC
vs.
Defendant:
ACT LENDING CORPORATION D/B/A AMERICAN CAPITAL MORTGAGE SERVICES, AMERICAN CAPITAL TRUST, AND NELSON HAWS

For: Robert Pinel, Esquire
    Flamm, Boroff & Bacine, P.C.

Received by GIETZEN & ASSOCIATES on the 17th day of March, 2008 at 12:55 pm to be served on Act Lending Corporation, 481 Sawgrass Corporate Parkway, Sunrise, FL 33325. I, __CHRIS YEOMAN__, being duly sworn, depose and say that on the __20__ day of __MARCH__, 20_08_ at __8:45A__ m., executed service by delivering a true copy of the ORDER TO SHOW CAUSE TO ISSUE DEFAULT JUDGMENT, CLERK'S CERTIFICATE, AFFIDAVIT FOR DEFAULT JUDGMENT WITH EXHIBITS, AMENDED COMPLAINT FOR DAMAGES WITH EXHIBITS in accordance with state statutes in the manner marked below:

[X] CORPORATE SERVICE: By serving __NELSON HAWS__ as __REGISTERED AGENT__

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _Srvd @ 10338 Laurel RD Davie, FL - home of R/A, accepted by spouse of R/A NATALIA HAWS_

I certify that I have no interest in the above action, that I am atleast 18 years of age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __20__ day of __MARCH__, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

GEORGE HANZIMANOLIS
MY COMMISSION # DD750315
EXPIRES March 06, 2012

PROCESS SERVER # 762
Appointed in accordance
 with State Statutes

GIETZEN & ASSOCIATES
1302 North Marion Street
Tampa, FL 33602
(813) 223-3233

Our Job Serial Number: 2008001238