# AFFIDAVIT OF SERVICE

**State of New York**  **County of Southern**  **District Court**

Index Number: 07-CV-10318(JFK)   Court Date: 3/25/2008 9:45 am
Date Filed: 12/28/2007

Plaintiff:
DLJ MORTGAGE CAPITAL, INC. AND CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC
vs.
Defendant:
ACT LENDING CORPORATION D/B/A AMERICAN CAPITAL MORTGAGE SERVICES, AMERICAN CAPITAL TRUST, AND NELSON HAWS

For: Robert Pinel, Esquire
Flamm, Boroff & Bacine, P.C.

Received by GIETZEN & ASSOCIATES on the 17th day of March, 2008 at 1:13 pm to be served on American Capital Trust, 8830 State Road 84, Davie, FL 33324. I, _CARV YROMAN_, being duly sworn, depose and say that on the _20_ day of _MARCH_, 20_08_ at _8:459_ .m., executed service by delivering a true copy of the ORDER TO SHOW CAUSE TO ISSUE DEFAULT JUDGMENT, CLERK'S CERTIFICATE, AFFIDAVIT FOR DEFAULT JUDGMENT WITH EXHIBITS, AMENDED COMPLAINT FOR DAMAGES WITH EXHIBITS in accordance with state statutes in the manner marked below:

[X] CORPORATE SERVICE: By serving _Nelson Haws_ as _Registered Agent_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _Served at 10338 Laurel Rd Davie, FL, home of registered agent, accepted by spouse of H/o Natalie Haws_

I certify that I have no interest in the above action, that I am at least 18 years of age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _20_ day of _March_, _2008_ by the affiant who is personally known to me.

NOTARY PUBLIC

GEORGE HANZIMANOLIS
MY COMMISSION # DD750315
EXPIRES March 06, 2012

PROCESS SERVER # _262_
Appointed in accordance
with State Statutes

GIETZEN & ASSOCIATES
1302 North Marion Street
Tampa, FL 33602
(813) 223-3233

Our Job Serial Number: 2008001239

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2n