UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC. and CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ACT LENDING CORPORATION d/b/a AMERICAN CAPITAL MORTGAGE SERVICES, AMERICAN CAPITAL TRUST, and NELSON HAWS,<br><br>Defendants. | Case No. 07-CV-10318 (JGK) |

### DECLARATION OF ROBERT A. PINEL, ESQ. IN SUPPORT OF AWARDING COSTS AND ATTORNEYS' FEES

Robert A. Pinel, Esquire, pursuant to 28 U.S. C. § 1746, declares under penalty of perjury as follows:

1.  I am Counsel with the law firm of Flamm, Boroff & Bacine, P.C. ("**FBB**"), attorneys for plaintiffs DLJ Mortgage Capital, Inc. ("**DLJMC**") and Credit Suisse First Boston Mortgage Capital, Inc. ("**CSFBMC**"). I make this declaration pursuant to Magistrate Theodore H. Katz's April 16, 2008 Order in support of DLJMC's and CSFBMC's application for an award of attorneys' fees and costs against defendants Act Lending Corporation ("**Act Lending**") and American Capital Trust ("**ACT Capital**").

2.  The purpose of this declaration is to advise the Court of the attorney's fees and costs plaintiffs have incurred in connection with the above-captioned matter and to place before the Court billing records and invoices supporting Plaintiffs' claims for attorney's fees and costs.

273613 v1

3. Pursuant to Section 8.01 of the ACT and Act Lending Purchase Agreements, defendants agreed to indemnify DLJMC for any and all claims, losses, damages, penalties, fines, forfeitures, legal fees and related costs, judgments and any other costs, fees and expenses that plaintiffs may sustain in any way related to defendants failure to observe and perform its duties, obligations, and covenants in strict compliance with the terms of the Purchase Agreements.

4. Similarly, pursuant to Section 16(f)(i) of the Master Repurchase Agreement between CSFBMC and ACT Lending, Defendant ACT Lending agreed to pay and indemnify CSFBMC for any and all claims, losses, damages, penalties, fines, forfeitures, legal fees and related costs, judgments and any other costs, fees and expenses that plaintiffs may sustain in any way related to defendants failure to observe and perform its duties, obligations, and covenants in strict compliance with the terms of the Master Repurchase Agreement.

5. As a result of Defendants' failure to observe and perform their respective duties, obligations and covenants pursuant to the terms of the Purchase Agreements and the Master Repurchase Agreement, DLJMC and CSFBMC have incurred legal fees and expenses in connection with, inter alia (a) preparing default notices; (b) drafting the Complaint in this action; (c) drafting the application for a default judgment against defendants; and (d) drafting the Proposed Findings of Fact and Conclusions of Law and supporting affidavits in respect of the present inquest.

6. The timekeeper who has been involved throughout this litigation includes one attorney, Robert A. Pinel, Esq., and one paralegal, Susan J. Dickinson.

273613 v1

7. Mr. Pinel, Counsel with FBB's Litigation Department, graduated from Columbia University in 1984 and received his law degree from the University of Georgia in 1989. Mr. Pinel's hourly rate for this litigation is $250.

8. Ms. Dickinson has been a paralegal since 1993 and has worked at several litigation firms in the Allentown, Pennsylvania area. Her hourly rate for this litigation is $95.

9. DLJMC and CFSCBMC have incurred attorney and professional fees of $17,450 in pursuing this litigation. The legal expenses and costs incurred by plaintiffs and the services provided by FBB on behalf of plaintiffs were reasonable and necessary. Copies of the billing statements detailing charges plaintiffs have incurred in connection with this matter, which have been redacted to protect attorney-client privileged information, are annexed hereto as Exhibit A.[1]

9. In addition, plaintiffs have incurred $2,744.81 in costs, including the filing fee for the filing of the Complaint and service charges for service of the Complaint, Amended Complaint, and Orders to Show Cause on defendants. The specific charges are set forth in the billing statements that are attached as Exhibit A.

10. In sum, for the period September 11, 2007 to the present, plaintiff seeks legal fees in the total amount of $17,450.00 and costs in the total amount of $2,744.81.

Dated: Allentown, Pennsylvania
May 15, 2008

*Robert A. Pinel* (signature)
Robert A. Pinel

---

[1] An un-redacted copy of Exhibit A will be provided to Chambers.

273613 v1

# FLAMM, BOROFF & BACINE, PC
## ATTORNEYS AT LAW

794 PENLLYN PIKE · BLUE BELL, PA 19422-1669
VOICE (267) 419-1500 · FACSIMILE (267) 419-1560 · WWW.FLAMMLAW.COM

NEW JERSEY OFFICE
WILLOW RIDGE EXECUTIVE OFFICE PARK, SUITE 301
750 ROUTE 73, SOUTH · MARLTON, NJ 08053
VOICE (856) 810-2299 · FACSIMILE (856) 810-2266

LEHIGH VALLEY OFFICE
WESTFIELD CORPORATE CENTER, SUITE 310
4905 WEST TILGHMAN STREET · ALLENTOWN, PA 18104
VOICE (610) 336-6800 · FACSIMILE (610) 336-0167

DLJ Mortgage Capital, Inc.
11 Madison Avenue
4th Floor
New York  NY  10010

Page: 1
October 01, 2007
Account No:  8377-17003M
Invoice No:       107669

Attn: Bruce Kaiserman, VP

v. ACT Lending

*Payment is requested upon receipt of this invoice.
Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.
Tax ID# 23-2864510*

*We now accept Visa, Mastercard, Discover and American Express in payment of invoices.  Please call our accounting department to discuss payment options at (267) 419-1500.*

### Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 09/11/2007 | RAP |  |  |  |
|  |  | 250.00 | 3.90 | 975.00 |
| 09/20/2007 | RAP |  |  |  |
|  |  | 250.00 | 2.70 | 675.00 |
|  | For Current Services Rendered |  | 6.60 | 1,650.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert A. Pinel | 6.60 | $250.00 | $1,650.00 |

**Total Current Work**                                         1,650.00

**Balance Due**                                                $1,650.00

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C.  Please let us know if there is anything we can do to serve you better.  **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC
## ATTORNEYS AT LAW

794 PENLLYN PIKE • BLUE BELL, PA 19422-1669
VOICE (267) 419-1500 • FACSIMILE (267) 419-1560 • WWW.FLAMMLAW.COM

NEW JERSEY OFFICE
WILLOW RIDGE EXECUTIVE OFFICE PARK, SUITE 301
750 ROUTE 73, SOUTH • MARLTON, NJ 08053
VOICE (856) 810-2299 • FACSIMILE (856) 810-2266

LEHIGH VALLEY OFFICE
WESTFIELD CORPORATE CENTER, SUITE 310
4905 WEST TILGHMAN STREET • ALLENTOWN, PA 18104
VOICE (610) 336-6800 • FACSIMILE (610) 336-0167

Page: 1
November 01, 2007
Account No: 8377-17003M
Invoice No: 109906

DLJ Mortgage Capital, Inc.
11 Madison Avenue
4th Floor
New York  NY  10010

Attn: Bruce Kaiserman, VP

v. ACT Lending

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

*We now accept Visa, Mastercard, Discover and American Express in payment of invoices. Please call our accounting department to discuss payment options at (267) 419-1500.*

### Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 10/05/2007 RAP |  |  | 1.40 | n/c |
| RAP |  | 250.00 | 3.10 | 775.00 |
| 10/09/2007 RAP |  | 250.00 | 5.10 | 1,275.00 |
| For Current Services Rendered |  |  | 8.20 | 2,050.00 |
| Total Non-billable Hours |  |  | 1.40 |  |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert A. Pinel | 8.20 | $250.00 | $2,050.00 |

Total Current Work                                                                 2,050.00

Previous Balance                                                                   $1,650.00

Balance Due                                                                        $3,700.00

# FLAMM, BOROFF & BACINE, PC

## ATTORNEYS AT LAW

794 PENLLYN PIKE · BLUE BELL, PA 19422-1669
VOICE (267) 419-1500 · FACSIMILE (267) 419-1560 · WWW.FLAMMLAW.COM

NEW JERSEY OFFICE
WILLOW RIDGE EXECUTIVE OFFICE PARK, SUITE 301
750 ROUTE 73, SOUTH · MARLTON, NJ 08053
VOICE (856) 810-2299 · FACSIMILE (856) 810-2266

LEHIGH VALLEY OFFICE
WESTFIELD CORPORATE CENTER, SUITE 310
4905 WEST TILGHMAN STREET · ALLENTOWN, PA 18104
VOICE (610) 336-6800 · FACSIMILE (610) 336-0167

```
                                                              Page: 1
DLJ Mortgage Capital, Inc.                              January 01, 2008
11 Madison Avenue                                  Account No:  8377-17003M
4th Floor                                          Invoice No:     113747
New York  NY   10010
```

**Attn: Bruce Kaiserman, VP**

v. ACT Lending

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE,*
*P.C.*
*Tax ID# 23-2864510*

*We now accept Visa, Mastercard, Discover and American*
*Express in payment of invoices.  Please call our*
*accounting department to discuss payment options at (267)*
*419-1500.*

Fees

|  |  | Rate | Hours |  |
|---|---|---:|---:|---:|
| 11/05/2007 RAP |  | 250.00 | 1.10 | 275.00 |
| 11/13/2007 RAP |  | 250.00 | 1.60 | 400.00 |
| 11/26/2007 RAP |  | 250.00 | 0.80 | 200.00 |
| 12/21/2007 RAP |  | 250.00 | 3.50 | 875.00 |
| 12/27/2007 RAP |  | 250.00 | 2.30 | 575.00 |
| For Current Services Rendered |  |  | 9.30 | 2,325.00 |

**Recapitulation**

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Robert A. Pinel | 9.30 | $250.00 | $2,325.00 |

|  |  |
|---|---|
| DLJ Mortgage Capital, Inc. | Page: 2<br>January 01, 2008<br>Account No: 8377-17003M<br>Invoice No:      113747 |

v. ACT Lending

### Advances

| 11/12/2007 | Filing fee Clerk of Court - SDNY - file complaint | 350.00 |
| --- | --- | --- |
| 11/13/2007 | Federal Express/UPS/Worldwide Express - US District Court | 24.50 |
| 11/20/2007 | Sheriff's fee/service Gietzen & Associates - service of 3 summons and Complaints. | 195.00 |
|  | **Total Advances** | 569.50 |
|  | **Total Current Work** | 2,894.50 |
|  | **Previous Balance** | $3,700.00 |
|  | Finance Charge | 0.14 |
|  | **Balance Due** | $6,594.64 |

#### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 2,894.64 | 0.00 | 2,050.00 | 1,650.00 | 0.00 | 0.00 |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C.  Please let us know if there is anything we can do to serve you better.  **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC
## ATTORNEYS AT LAW

794 PENLLYN PIKE · BLUE BELL, PA 19422-1669
VOICE (267) 419-1500 · FACSIMILE (267) 419-1560 · WWW.FLAMMLAW.COM

NEW JERSEY OFFICE
WILLOW RIDGE EXECUTIVE OFFICE PARK, SUITE 301
750 ROUTE 73, SOUTH · MARLTON, NJ 08053
VOICE (856) 810-2299 · FACSIMILE (856) 810-2266

LEHIGH VALLEY OFFICE
WESTFIELD CORPORATE CENTER, SUITE 310
4905 WEST TILGHMAN STREET · ALLENTOWN, PA 18104
VOICE (610) 336-6800 · FACSIMILE (610) 336-0167

DLJ Mortgage Capital, Inc.
11 Madison Avenue
4th Floor
New York  NY  10010

Page: 1
February 01, 2008
Account No: 8377-17003M
Invoice No:      118773

Attn: Bruce Kaiserman, VP

v. ACT Lending

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

**We now accept Visa, Mastercard, Discover and American Express in payment of invoices.  Please call our accounting department to discuss payment options at (267) 419-1500.**

Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 01/09/2008 RAP |  | 250.00 | 0.50 | 125.00 |
| 01/14/2008 RAP |  | 250.00 | 0.50 | 125.00 |
| 01/18/2008 RAP |  | 250.00 | 0.50 | 125.00 |
| 01/23/2008 RAP |  | 250.00 | 1.50 | 375.00 |
|  RAP |  |  | 2.60 | n/c |
| 01/25/2008 RAP |  | 250.00 | 2.50 | 625.00 |
|  | For Current Services Rendered |  | 5.50 | 1,375.00 |
|  | Total Non-billable Hours |  | 2.60 |  |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert A. Pinel | 5.50 | $250.00 | $1,375.00 |

|  |  |
|---|---|
| DLJ Mortgage Capital, Inc. | Page: 2<br>February 01, 2008<br>Account No: 8377-17003M<br>Invoice No:     118773 |

v. ACT Lending

### Advances

| | | |
|---|---|---:|
| 12/27/2007 | Online legal research. Pacer Service Center | 1.04 |
| 12/28/2007 | Federal Express/UPS/Worldwide Express - US Courthouse | 21.51 |
| 01/09/2008 | Sheriff's fee/service Gietzen and Associates - serving Order to show cause on 3 parties in Florida | 390.00 |
| 01/09/2008 | Federal Express/UPS/Worldwide Express - Gietzan & Associates | 41.10 |
| | **Total Advances** | 453.65 |
| | **Total Current Work** | 1,828.65 |
| | **Previous Balance** | $6,594.64 |
| | Finance Charge | 2.27 |
| | **Balance Due** | $8,425.56 |

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 1,830.92 | 2,894.64 | 0.00 | 2,050.00 | 1,650.00 | 0.00 |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C. Please let us know if there is anything we can do to serve you better. **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC

### ATTORNEYS AT LAW

794 PENLLYN PIKE · BLUE BELL, PA 19422-1669
VOICE (267) 419-1500 · FACSIMILE (267) 419-1560 · WWW.FLAMMLAW.COM

NEW JERSEY OFFICE
WILLOW RIDGE EXECUTIVE OFFICE PARK, SUITE 301
750 ROUTE 73, SOUTH · MARLTON, NJ 08053
VOICE (856) 810-2299 · FACSIMILE (856) 810-2266

LEHIGH VALLEY OFFICE
WESTFIELD CORPORATE CENTER, SUITE 310
4905 WEST TILGHMAN STREET · ALLENTOWN, PA 18104
VOICE (610) 336-6800 · FACSIMILE (610) 336-0167

```
                                                                  Page: 1
DLJ Mortgage Capital, Inc.                                 March 01, 2008
11 Madison Avenue                              Account No:   8377-17003M
4th Floor                                      Invoice No:        120297
New York  NY  10010

Attn: Bruce Kaiserman, VP

v. ACT Lending
```

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE,*
*P.C.*
*Tax ID# 23-2864510*

*We now accept Visa, Mastercard, Discover and American*
*Express in payment of invoices. Please call our*
*accounting department to discuss payment options at (267)*
*419-1500.*

### Fees

|  |  | Rate | Hours |  |
|---|---|---:|---:|---:|
| 02/05/2008 RAP |  | 250.00 | 0.40 | 100.00 |
| 02/13/2008 RAP |  | 250.00 | 1.40 | 350.00 |
| 02/14/2008 RAP |  | 250.00 | 0.80 | 200.00 |
| 02/19/2008 RAP |  | 250.00 | 0.60 | 150.00 |
| 02/25/2008 RAP |  | 250.00 | 1.60 | 400.00 |
| 02/28/2008 RAP |  | 250.00 | 2.60 | 650.00 |
|  | For Current Services Rendered |  | 7.40 | 1,850.00 |

DLJ Mortgage Capital, Inc.

Page: 2
March 01, 2008
Account No: 8377-17003M
Invoice No:     120297

v. ACT Lending

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert A. Pinel | 7.40 | $250.00 | $1,850.00 |

### Expenses

| | | |
|---|---|---|
| 01/22/2008 | Travel expense Pinel, Robert A. - Hotel Expenses - HOJO Express, New York, NJ | 399.52 |
| 01/22/2008 | Travel expense Pinel, Robert A. - includes mileage, tolls and parking to and from New York | 226.25 |
| | **Total Expenses** | 625.77 |

### Advances

| | | |
|---|---|---|
| 01/28/2008 | Federal Express/UPS/Worldwide Express - Froy - Gretzen & Assoc | 66.36 |
| 02/20/2008 | Federal Express/UPS/Worldwide Express - US Courthouse | 22.67 |
| | **Total Advances** | 89.03 |

| | |
|---|---|
| **Total Current Work** | 2,564.80 |
| **Previous Balance** | $8,425.56 |

### Payments

| | | |
|---|---|---|
| 02/07/2008 | Fee Payment | -2,325.00 |
| 02/07/2008 | Reimbursement for Advanced Costs | -569.50 |
| | Total Payments | -2,894.50 |
| | Finance Charge | 4.41 |
| | **Balance Due** | $8,100.27 |

#### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 4,400.13 | 0.14 | 0.00 | 0.00 | 3,700.00 | 0.00 |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C. Please let us know if there is anything we can do to serve you better. **Any payments received after the last day of the month will appear on next month's statement.**