KEENAN, J

ROBERT A. PINEL – RAP 9070
FLAMM, BOROFF & BACINE, P.C.
Westfield Corporate Center
4905 West Tilghman Street, Suite 310
Allentown, Pennsylvania 18064
610-336-6800
Attorneys for Plaintiffs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC. and CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC, | Case No. 07-CV-10318 (JFK) |
| Plaintiffs, | |
| – against – | **DISMISSAL WITH PREJUDICE** |
| ACT LENDING CORPORATION d/b/a AMERICAN CAPITAL MORTGAGE SERVICES, AMERICAN CAPITAL TRUST, and NELSON HAWS, | |
| Defendants. | |

Plaintiffs DLJ Mortgage Capital, Inc. ("DLJMC") and Credit Suisse First Boston Mortgage Capital, LLC ("CSFBMC") hereby dismiss their Complaint against Defendant Nelson Haws, with prejudice, and before the filing by such Defendant of an Answer or any other pleading. Each party shall be responsible for their own fees and costs.

FLAMM, BOROFF & BACINE, P.C.
Attorneys for Plaintiffs DLJ Mortgage Capital,
Inc. and Credit Suisse First Boston Mortgage
Capital, LLC

By: _____
Robert A. Pinel, Esq.

Dated: May 15, 2008

SO ORDERED

_____
U.S.D.J.